# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR383** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **LUIS CASTELLANOS-ORTIZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The defendant's Motion to Continue (Filing No. 21) is granted.

**IT IS ORDERED** that the evidentiary hearing on all pending motions is continued to **March 27, 2007, at 9:30 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 23rd day of February, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge