IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>               Plaintiff,              )<br>                                                          )<br>     vs.                                              )<br>                                                          )<br>LUIS CASTELLANOS-ORTIZ,        )<br>                                                          )<br>               Defendant.         )  | 8:06CR383<br><br>ORDER |

The defendant's Motion to Continue (Filing No. 23) is granted.

**IT IS ORDERED** that the evidentiary hearing on all pending motions is continued to **April 10, 2007, at 2:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 26th day of March, 2007.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge