IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR383 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS CASTELLANOS-ORTIZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing hearing (Filing No. 31).  The Court notes plaintiff has no objection.  Accordingly,

IT IS ORDERED that the sentencing hearing is rescheduled for:

**Thursday, July 26, 2007, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 29th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court